**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MARIA ISABEL ALVAREZ CHARRO,

    Plaintiff,                                              Case No.: 1:26-cv-02203

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | shenyangshishenbeixinquyeshenbaihuomaoyidian |
| 2 | YISHENG Sweaters |
| 3 | shen yang shi tie xi qu xing han chao liu fu zhuan |
| 4 | liuyanmei001 |
| 5 | Laidaole |
| 6 | ZSstorg |
| 7 | Hanamiya Na |
| 8 | xulinstore |
| 9 | XXONLNN |
| 10 | X_ianuertu |
| 11 | GiftLaboratory |
| 12 | McGehee |
| 13 | zhijiangshiwaishanshangmaoyouxiangongsi |
| 14 | KANRONG |
| 15 | CIMIN STORE |
| 16 | ShoPen |
| 17 | Ogiraw |
| 18 | STYLISTRYBQ |
| 19 | GXFCEI |
| 20 | HBEEZE B |
| 21 | fjgder |
| 22 | GXFCON |
| 23 | Pantheon Mall |

1

2

| | |
|---|---|
| 24 | ChicSavvy |
| 25 | xuqingming A |
| 26 | huanghaiqing A |
| 27 | TAXT |
| 28 | QiuwuHaven A |
| 29 | A Pantheon Mall |
| 30 | Vintage Harlow |
| 31 | Commute Corner Shop |
| 32 | Fashionablewomens clothing |
| 33 | PiPinLocal |
| 34 | TingZiLTwo |
| 35 | LUNARLLE |
| 36 | Benbenniu Clothing |
| 37 | OpportunityAA |
| 38 | KVSJT |
| 39 | HTuo A |
| 40 | Pintry |
| 41 | Commute Pants Talk |
| 42 | Eternit Shop |